IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-40-BR-1

UNITED STATES OF AMERICA          :
                                  :
        v.                        :
                                  :
LEAMON CORDERIUS HOLMES           :

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a guilty plea by the defendant on September 12, 2017, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm and ammunition used in knowing violation of 18 U.S.C. §§ 922(g)(1) & 924, to wit, Glock, model 27 Gen 4, .40 caliber firearm, serial number XLCC05 and ammunition;

AND WHEREAS, by virtue of the agreement in said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the entry of a guilty plea as to the defendant, LEAMON CORDERIUS HOLMES, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 8 day of Nov., 2017.

W. Earl Britt
United States District Judge